CAUSE NO. 6,112

DORA MTZ CASTAÑON
DISTRICT CLERK

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/26/2015 3:24:41 PM
BY KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| UNITED RESOURCES, LP n/k/a AUBRIS RESOURCES, LP | § § § § § § § § § § § § | IN THE DISTRICT COURT |
| Plaintiff | | |
| V. | | ZAPATA COUNTY, TEXAS |
| SEPCO TUBULARS, INC. n/k/a NORTH AMERICAN INTERPIPE, INC., et al | | |
| Defendants | | 49th JUDICIAL DISTRICT |

## NOTICE OF CROSS-APPEAL

COMES NOW Plaintiff, **UNITED RESOURCES, LP n/k/a AUBRIS RESOURCES, LP,** and files this Notice of Cross-Appeal:

Plaintiff, **UNITED RESOURCES, LP n/k/a AUBRIS RESOURCES, LP,** gives notice that it desires to take a Cross-Appeal from the trial court's Final Judgment signed in this cause on November 11, 2014. This Cross-Appeal will be taken to the Fourth Court of Appeals, San Antonio, Texas.

Respectfully submitted,

MCELROY, SULLIVAN, MILLER, WEBER & OLMSTEAD, LLP
P.O. Box 12127
Austin, Texas 78711
Phone: (512) 327-8111 / Fax: (512) 327-6566

Michael E. McElroy
State Bar No. 13584200
Paul R. Tough
State Bar No. 24051440

**Pamela Stanton Baron**
**Attorney at Law**
**P.O. Box 5573**
**Austin, TX 78763**
**Phone: (512) 479-8480**

**ATTORNEYS FOR UNITED RESOURCES, LP**
**n/k/a Aubris Resources, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of February, 2015, a true and correct copy of the foregoing was provided to the following counsel for Defendants by facsimile and regular mail:

Timothy R. Hightower
Alexandra Mutchler
Hightower & Cappellan
639 Heights Blvd.
Houston, Texas 77007
Fax: (832)431-4288

Audrey Mullert Vicknair
Law Office of Audrey Mullert Vicknair
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78401-0022
Fax: (361)887-6207

_____
MICHAEL E. MCELROY